IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § | |
|---|---|---|
| Plaintiff, | § § | |
| v. | § | Civil No. 3:11-CV-0832-K |
| | § | |
| ANTHONY BRANCH and ALL OCCUPANTS, | § § | |
| Defendants, | § | |

## ORDER ACCEPTING RECOMMENDATION AND REMANDING CASE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. Defendant filed objections on July 12, 2011. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are **OVERRULED**.

Plaintiff's Motion to Remand is **GRANTED**.

This case is hereby **REMANDED** to County Court of Law No. 1, Tarrant County, TX.

SO ORDERED.

Signed July 29th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE